SYLVESTER SCOTT, Appellant, *v.* SHERIFF, CLARK
COUNTY, NEVADA, Respondent.

No. 7358

June 29, 1973 511 P.2d 117

*Morgan D. Harris,* Public Defender, and *William H. White-head,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Donald K. Wadsworth,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Charged with several crimes, appellant contends the trial court erred in failing to grant him habeas relief. The record designated and submitted to us does not contain the transcript of the challenged grand jury proceedings; therefore, we are "wholly unable to decide the issues presented." Lamoureux v. Sheriff, 85 Nev. 44, 449 P.2d 471 (1969). Other claimed errors are not properly before this court and will not be considered. NRS 34.380(3); NRS 177.205(1). The order of the trial court is affirmed.